## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| NORTH RIDGE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF SARALAND, THE CITY )<br>OF SARALAND PLANNING )<br>COMMISSION, and Fictitious Defendants A )<br>through F. )<br>)<br>Defendants. ) | Case No.  17-475 |

## NOTICE OF REMOVAL

Defendants City of Saraland and the City of Saraland Planning Commission hereby give Notice of Removal of this action from the Circuit Court of Mobile County to the United States District Court for the Southern District of Alabama, Southern Division, on the following grounds:

1. This case was filed in the Circuit Court of Mobile County against these Defendants on or about, July 25, 2017.  Defendants were served with the summons and Complaint on or about July 27, 2017.  The original Complaint only asserted state law claims.

2. On September 29, 2017, Plaintiff filed an Amended Complaint asserting for the first time a federal claim against these Defendants based on an alleged taking of their property pursuant to the Fifth and Fourteenth Amendments of the Constitution of the United States.

3. Based on the assertion of this federal claim, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1331; therefore, this action is removable pursuant to 28 U.S.C. §1441(a) and 28 U.S.C §1446(b)(3).

4. Pursuant to 28 U.S.C. §1367, the entire case is removable and this Court has supplemental jurisdiction over those otherwise non-removable claims or causes of action brought pursuant to state law.

6.  Filed concurrently herewith are copies of all process, pleadings, and orders served upon these Defendants in compliance with 28 U.S.C. §1446(a). This Notice of Removal is signed by counsel for the above-named Defendants pursuant to Rule 11 of the Federal Rules of Civil Procedure.

/s/ Thomas O. Gaillard, III
THOMAS O. GAILLARD III (GAILT9459)
CHRISTOPHER T. CONTE (CONTC7094)
Attorneys for Defendants

**OF COUNSEL:**
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE, P.C.
150 Government Street
Suite 2000
Mobile, Alabama 36602
(251) 432-2251 – Office
(251) 432-0633 – Fax
tog@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 27th day of October, 2017, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system to the following:

Clay A. Lanham
Jones Walker, LLP
RSA Battle House Tower
11 N Water St., Suite 1200
Mobile, AL 36602
clanham@joneswalker.com

/s/ Thomas O. Gaillard, III
THOMAS O. GAILLARD, III

20517/P/NOR
Doc. #540008